81,650-01

Dear Abel Acosta,

Sunday
5-17-15

My Name is Joel GARZA # 1837353, I'm writing in Regards to a Particular Case; Ex Parte Joel GARZA WR-81, 650-01 No. C-2-010209-1256110-A. I recieved a Copy of the State's response to Application For Writ of Habeas Corpus. I noticed on the History of the Case it states that the First Application For Writ of Habeas Corpus is currently pending in the Texas Court of Criminal Appeals. I also noticed that this is the Notice of the Tarrant County District Court's response. Is the Above referenced case currently pending in the Court of Criminally Appeals? Mr. Acosta, I would greatly Appreciate it you can give me an updated current Status of That Case? To me, according to the states response From Ex Parte Joel GARZA C-2-010236-1256110-B the Case with the (A) is currently Pending. Can you please verify That For me? Thank You Mr. Acosta. Can you please respond back?

Sincerly
Joel Garza

Joel GARZA # 1837353
Michael Unit
2664 F.M. 2054
Tennessee Colony, Tx. 75886

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 22 2015

Abel Acosta, Clerk